**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DJUANE LAMAR FLETCHER,<br>Plaintiff,<br>v.<br>O. CARDOVA, et al.,<br>Defendants. | Case No. 2:26-cv-02531-CV-CTS<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired, and no objections have been made.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) the Motion is granted in part and the case is transferred to the Northern District of California; and (3) the Clerk of Court is directed to transfer documents to the Northern District of California and close this case.

DATED: 10/19/26

Cynthia Valenzuela

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE